JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor          [Appendix C - Local Rules
Box 36055                                     effective 1/1/01]
San Francisco, California 94102
Telephone: (415) 436-7464
Facsimile:  (415) 436-6748
Email:   abraham.simmons@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SUZANNE Y. MITCHEL          )     CASE NO.  08-0205 MEJ
                            )
          Plaintiff,        )
                            )     **STIPULATION AND [PROPOSED]**
                            )     **ORDER SELECTING ADR PROCESS**
     v.                     )
                            )     **ADR CERTIFICATION**
FEDERAL BUREAU OF PRISONS,  )
MICHAEL MUKASEY, Attorney General of )
the United States,          )
                 Defendants. )
_____)

The parties stipulate to participate in the following ADR process:

**Court Processes**:

☐ Arbitration          ☐ ENE               X  Mediation

(*To provide additional information regarding timing of session, preferred subject matter expertise of*

*neutral, or other issues, please attach a separate sheet.*)

**Private Process**:

☐ Private ADR (please identify process and provider)
_____

Dated: March 27, 2008                         /s/
                                    Attorney for Plaintiff– Mark Schallert

Dated: March 27, 2008_____/s/_____
                                    Attorney for Defendant– Abraham A. Simmons

IT IS SO ORDERED:

Dated: _____      _____
                                    United States District Judge/Magistrate Judge