| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DOYLE, FIKE & WATSON<br>MARK SCHALLERT, ESQ. - SBN # 112542<br>1233 W. SHAW AVENUE, # 103<br>FRESNO, CA 93711 | (559) 229-2200 | FILED<br>08 MAR 26 PM 12:02 |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>0T270499-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT S.F.,
450 GOLDEN GATE
SAN FRANCISCO, CA 94105

SHORT NAME OF CASE
SUZANNE YVETTE MITCHEL vs. THE FEDERAL BUREAU, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C080205MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; WELCOME TO THE U.S.D.C, SAN FRANCISCO; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATE MAGISTRATE JUDGE FOR TRIAL

**Name:** JOSEPH P. RUSSONIELLO, U.S. ATTORNEY

**Person Served:** DIONE LACKEY
**Title:** AUTHORIZED TO ACCEPT

**Date of Delivery:** 01/31/08
**Time of Delivery:** 03:55 pm

**Place of Service:** 450 GOLDEN GATE AVE, BOX 36055
SAN FRANCISCO, CA 94102                (Business)

**Physical Description:**

| AGE: | 44 | HAIR: | BROWN | HEIGHT: | 5'06" | RACE: | CAUCASIAN |
| SEX: | FEMALE | EYES: | BLUE | WEIGHT: | 210 | | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 111.62

---

[X] Registered: SAN FRANCISCO County,
Number: 2006-000973
Attorney's Diversified Services
1453 Mission Street, Ste 510
San Francisco, CA 94103
Client File # MITCHELL VS. FEDERAL BUREAU

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: March 25, 2008
at: San Francisco, California.

Signature: *Travis Fleenor*
Name: TRAVIS FLEENOR