```
 1  MARK SCHALLERT, ESQ. (#112542)
    DAVID DOUGLAS DOYLE, ESQ. (#100595)
 2  DOYLE, FIKE & WATSON
    1233 WEST SHAW AVENUE, SUITE 106
 3  FRESNO, CALIFORNIA 93711
    TELEPHONE (559) 229-2200
 4  FACSIMILE (559) 225-5504
    E-MAIL: david@watsonattorney.com
 5
    KATHLEEN P. CLACK, ESQ. (#196405)
 6  LAW OFFICES OF KATHLEEN P. CLACK
    5200 N. PALM AVENUE, SUITE 408
 7  FRESNO, CALIFORNIA 93704
    TELEPHONE (559)241-7000
 8  FACSIMILE (559)241-7119
    E-MAIL: clackk@sbcglobal.net
 9
    Attorneys for Plaintiff, Suzanne Yvette Mitchel
10
```

11                    UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | | |
|---|---|---|
| 14 | Suzanne Yvette Mitchel, ) | Case No. C08-0205 MEJ |
| 15 | Plaintiff, ) | **CONSENT TO ASSIGNMENT** |
| 16 | -vs- ) | |
| 17 | The Federal Bureau of Prisons, a ) Division of the Department of ) | |
| 18 | Justice; Michael Mukasey, ) Attorney General of the United ) | |
| 19 | States; ) | |
| 20 | Defendants. ) _____ ) | |

22     **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

23     In accordance with the provisions of 18 U.S.C. §636(c), the
24 undersigned party hereby consents to have a United States
25 Magistrate Judge conduct any and all further proceedings in this
26 case, including trial, and order the entry of final judgment, and
27 voluntarily waives the right to proceed before a United States
28 District Judge. Plaintiff does not consent to proceed before

**CONSENT TO ASSIGNMENT**

1 | magistrate judges in another district.

2 | _____

3 | Dated: April 10, 2008.         DOYLE, FIKE & WATSON
                                   LAW OFFICES OF KATHLEEN P. CLACK

                                   By:    /s/_____
                                      Mark Schallert
                                      Attorneys for Plaintiff
                                      Suzanne Yvette Mitchel

**CONSENT TO ASSIGNMENT**                        2