AO 458 (Rev. 5/85) Appearance

# United States District Court

__Northern__ DISTRICT OF __California__

### APPEARANCE

CASE NUMBER: 3:08-cv-205

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Suzanne Yvetter Mitchel, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4-23-08 | *Kathleen P. Clack* |
| Date | Signature |
| | Kathleen P. Clack |
| | Print Name                Bar Number 196405 |
| | Law Offices of Kathleen P. Clack |
| | Address |
| | 5200 N. Palm Ave., Suite 308 |
| | Fresno, CA 93704 |
| | City            State            Zip Code |
| | 559.241.7229        559.241.7256 |
| | Phone Number            Fax Number |

AO-458