IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE YVETTE MITCHELL,<br><br>   Plaintiff(s),<br><br>  vs.<br><br>THE FEDERAL BUREAU OF PRISONS,<br><br>   Defendant(s).<br>_____/ | No. C 08-0205 MEJ<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE EDWARD CHEN FOR A SETTLEMENT CONFERENCE** |

The parties are hereby REFERRED to Magistrate Judge Edward M. Chen for a settlement conference.

**IT IS SO ORDERED.**

Dated: December 5, 2008

MARIA ELENA JAMES
United States Magistrate Judge