Mark Schallert, Esq.
David Douglas Doyle, Esq.
Doyle, Fike & Watson
    1233 West Shaw Ave., Ste. 106
    Fresno, CA 93711
    PH: 559.229.2200    FX: 559.225.5504
    Email: david@watsonattorney.com

Kathleen P. Clack, Esq.
Law Offices of Kathleen P. Clack
    5200 N. Palm Ave., Ste. 408
    Fresno, CA 93704
    PH: 559.241.7000    FX: 559.241.7119
    Email: clackk@sbcglobal.net

Attorneys for Plaintiff


JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7264
    Facsimile:    (415) 436-6748
    Email:    abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE YVETTE MITCHEL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendant. | No. C 08-0205 MEJ<br><br>E-FILING CASE<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM MEDIATION PROGRAM** |

By stipulation of the parties and order of this Court, this case was referred to Magistrate Judge Edward Chen for mediation and a settlement conference. The parties have had one settlement conference with Judge Chen and another is set for January 5, 2009.

To clarify, it was the intention of this Court, and the parties, to remove this case from mediation pursuant to the ADR provisions of the local rules. Accordingly, the parties are hereby ORDERED to attend future settlement conferences with Judge Chen and this case is REMOVED from mediation under the ADR provisions of the local rules.

Respectfully submitted,

Mark Schallert, Esq.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 19, 2008

/s/
Mark Schallert, Esq.
Counsel for Plaintiff

/s/
ABRAHAM A. SIMMONS
Assistant United States Attorney

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: December 19, 2008

HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE