UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE YVETTE MITCHEL,<br><br>       Plaintiff,<br><br>    v.<br><br>THE FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-08-0205 MEJ (EMC)<br><br>**AMENDED NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference scheduled for January 5, 2009, at 10:00 a.m. has been continued to **January 12, 2009, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Defendants' counsel shall provide a counter-offer by **12:00 Noon, January 9, 2009**, with a copy to be faxed to chambers (FAX 415/522-4200).

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: December 30, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge