IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE YVETTE MITCHELL,<br><br>    Plaintiff(s),<br><br>vs.<br><br>THE FEDERAL BUREAU OF PRISONS,<br><br>    Defendant(s). | No. C 08-0205 MEJ<br><br>**REQUEST FOR PARTIES TO FILE JOINT STATUS STATEMENT** |

On January 12, 2009, the parties in the above-captioned matter participated in a further settlement conference, at which time the case did not settle. As no further conference is scheduled and the dispositive motion filing deadline has passed, the Court hereby ORDERS the parties to file a joint status statement by February 10, 2009. In their statement, the parties shall inform the Court as to the following:

1) the status of the case;

2) whether a referral for a further settlement conference or other ADR process would be beneficial; and

3) whether either party would like the Court to extend the dispositive motion filing deadline to permit summary judgment motion(s).

**IT IS SO ORDERED.**

Dated: January 27, 2009

MARIA ELENA JAMES
United States Magistrate Judge