| | |
|---|---|
| 1 | Mark Schallert, Esq. |
|   | David Douglas Doyle, Esq. |
| 2 | Doyle, Fike & Watson |
|   |     1233 West Shaw Ave., Ste. 106 |
| 3 |     Fresno, CA 93711 |
|   |     PH: 559.229.2200    FX: 559.225.5504 |
| 4 |     Email: david@watsonattorney.com |
| 5 | Kathleen P. Clack, Esq. |
|   | Law Offices of Kathleen P. Clack |
| 6 |     5200 N. Palm Ave., Ste. 408 |
|   |     Fresno, CA 93704 |
| 7 |     PH: 559.241.7000    FX: 559.241.7119 |
|   |     Email: clackk@sbcglobal.net |
| 8 | |
| 9 | Attorneys for Plaintiff |
| 10 | JOSEPH P. RUSSONIELLO (SBN 44332) |
|    | United States Attorney |
| 11 | JOANN M. SWANSON (SBN 88143) |
|    | Chief, Civil Division |
| 12 | ABRAHAM A. SIMMONS (SBN 146400) |
|    | Assistant United States Attorney |
| 13 | |
| 14 |     450 Golden Gate Avenue, 9th Floor |
|    |     San Francisco, California 94102-3495 |
|    |     Telephone:    (415) 436-7264 |
| 15 |     Facsimile:    (415) 436-6748 |
|    |     Email:    abraham.simmons@usdoj.gov |
| 16 | |
| 17 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUZANNE YVETTE MITCHEL, | ) | |
| | ) | No. C 08-0205 MEJ |
|     Plaintiff, | ) | |
| | ) | E-FILING CASE |
|     v. | ) | |
| | ) | |
| MICHAEL MUKASEY, ATTORNEY | ) | **STATUS STATEMENT,** |
| GENERAL OF THE UNITED STATES, | ) | **STIPULATION AND** |
| | ) | [PROPOSED] **ORDER** |
|     Defendant. | ) | |
| | ) | |

    Pursuant to this Court's order dated January 27, 2009, the parties jointly submit the following joint status statement:

**A.     The Status Of The Case**

The parties have completed most, but not all, of the discovery necessary to allow for fair disposition of the case. The parties request that the following additional discovery be permitted and that the dates in this Court's previously-filed scheduling order be adjusted to permit such discovery as follows:

The parties request permission to take the depositions of the following percipient witnesses: Keca Carpenter, Dr. Kimberly Kodger, Gregory Porter, Anthony Eckert, Deborah Lorance, Kevin Mitchel, Suzanne Mitchel (completion of previously-started deposition), and Amy Noble. These depositions will be completed on or before March 3, 2009. The parties request permission to take the depositions of the following expert witnesses: Bernard Rappaport, M.D. (or Jeffrey Gould, M.D.) and Karen Carlquist-Hernandez, Ed.D. These depositions will be completed on or before April 3, 2009.

The parties also will exchange any responses to previously-served written discovery on or before February 20, 2009.

Plaintiff will submit to an Independent Medical Examination on or before March 25, 2009.

**B.     Referral For Further Settlement Conference**

The parties agree that a further settlement conference before Judge Chen would be beneficial if scheduled to take place after the ruling on any dispositive motions, if filed.

**C.     Dispositive Motions**

The parties request that the deadline for filing dispositive motions be extended to March 5, 2009– any motion filed on or before that to be heard April 9, 2009. The dates for the remaining pretrial and trial dates shall be addressed in a separate order. ~~final pretrial and the trial date and will remain unchanged. Nevertheless, the remaining deadlines will be continued for two weeks; in particular: the last day to meet and confer regarding pretrial filings will be moved to April 16th, the last day to file pretrial documents will be moved to April 30, 2009 and the last day to file jury verdict forms, voir dire and jury instructions will be~~

/ / /

/ / /

Stipulation and [Proposed] Order
C 08-0205 MEJ                          2

1  ~~May 14, 2009. The date of the preliminary pretrial will be May 14, 2009.~~

2                                                    Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                   Mark Schallert, Esq.              United States Attorney

4

5                  Unable to review final draft

   Dated: February 10, 2009                                    /s/
6                  Mark Schallert, Esq.              ABRAHAM A. SIMMONS
                   Counsel for Plaintiff             Assistant United States Attorney

7

8                          ~~[PROPOSED]~~ ORDER

9  IT IS SO ORDERED.

10

11

12 Dated: February 11, 2009

13                                                   _____
                                                     HONORABLE MARIA ELENA JAMES
14                                                   UNITED STATES MAGISTRATE JUDGE

---

Stipulation and [Proposed] Order
C 08-0205 MEJ                              3