IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE YVETTE MITCHEL,<br><br>            Plaintiff(s),<br>   vs.<br>THE FEDERAL BUREAU OF PRISONS,<br><br>            Defendant(s).<br>_____/ | No. C 08-0205 MEJ<br><br>**ORDER CONTINUING PRETRIAL AND TRIAL DATES** |

Upon review of the parties' February 10, 2009 Status Report (Dkt. #22), the Court hereby CONTINUES the following pretrial and trial dates:

A.  Exchange and filing of Trial Papers:

1.  By June 18, 2009 lead counsel who will try the case shall meet and confer with respect to the preparation and content of the joint pretrial conference statement and shall exchange (but not file or lodge) the papers described in paragraph 2 below.

2.  By July 2, 2009 counsel shall file the papers described in Federal Rule of Civil Procedure 26(a)(3) and a joint pretrial conference statement.

3.  Motions *in limine*: Any motions *in limine* shall be filed by July 2, 2009. Any Opposition to motions *in limine* shall be filed by July 9, 2009. These matters will be deemed submitted on the papers without oral argument, unless the Court orders otherwise.

4. Trial Briefs:  Counsel shall file trial briefs by July 17, 2009.

5. Joint Proposed Voir Dire (Jury Trial Only):  Counsel should submit a **joint** set of requested voir dire to be posed by the Court by July 17, 2009.  Any voir dire questions on which counsel cannot agree shall be submitted separately by July 17, 2009.

6. Joint Proposed Jury Instructions (Jury Trial Only):  Jury instructions § 1.01 through § 2.02 and § 3.01 through § 3.15 from the Manual of Model Civil Jury Instructions for the Ninth Circuit will be given absent objection.  Counsel shall submit a **joint** set of additional proposed jury instructions by July 17, 2009.

7. Proposed Verdict Forms, Joint or Separate (Jury Trial Only): Counsel shall submit any **joint** proposed verdict forms and shall submit their separate verdict forms by July 17, 2009.

Pretrial Conference:

The pretrial conference shall take place on July 16, 2009 at 10:00 a.m.

Final Pretrial Conference:

The final pretrial conference shall take place on August 13, 2009 at 10:00 a.m.

Trial Date:

The trial shall commence on August 17, 2009 (Trial schedule: Monday through Thursday, at 1:30 p.m. to 5:00 p.m.).  The trial shall last four days.

**IT IS SO ORDERED.**

Dated: February 11, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

2