Mark Schallert, Esq.
David Douglas Doyle, Esq.
Doyle & Schallert
    1233 West Shaw Ave., Ste. 106
    Fresno, CA 93711
    PH: 559.229.2200    FX: 559.225.5504
    Email: david@watsonattorney.com

Kathleen P. Clack, Esq.
Law Offices of Kathleen P. Clack
    5200 N. Palm Ave., Ste. 408
    Fresno, CA 93704
    PH: 559.241.7000    FX: 559.241.7119
    Email: clackk@sbcglobal.net

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE YVETTE MITCHEL, <br>             Plaintiff, <br>    v. <br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES, <br>             Defendant. | No. C 08-0205 MEJ <br><br> E-FILING CASE <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING SUPPLEMENTAL BRIEFING** |

The parties have reviewed with care the local rules regarding the filing of papers to be submitted in connection with motions for summary judgment. The parties nevertheless seek modification of this Court's rules in order to facilitate the full and complete briefing of defendant's motion and plaintiff's counter-motion within reasonable time periods in light of the issues raised and the pace of the receipt of evidence by the parties. Accordingly, the parties hereby stipulate and request that the Court permit the following adjustments:

1. On or before March 30, 2009, defendant will be permitted to file an amended response to substitute for and take the place of the reply brief filed March 26, 2009.
2. On or before March 31, 2009, plaintiff shall be permitted to file a sur-reply not to exceed 5 pages in length. Such sur-reply will respond to the arguments and evidence filed on March 30, 2009.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Mark Schallert, Esq.

Dated: March 30, 2009

/s/
Mark Schallert, Esq.
Counsel for Plaintiff

/s/
ABRAHAM A. SIMMONS
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing,

**IT IS SO ORDERED.**

Dated: March 31, 2009

HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE