**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZANNE YVETTE MITCHELL,
              Plaintiff(s),

  vs.

THE FEDERAL BUREAU OF PRISONS,

              Defendant(s).
_____/

No. C 08-0205 MEJ

**ORDER RE: SCHALLERT DECLARATION**

**ORDER VACATING PRETRIAL AND TRIAL DATES**

On May 27, 2009, Plaintiff's counsel submitted a letter to the Court regarding newly-discovered evidence consisting of a fax and 20-page attachment that Plaintiff contends relates to Defendant's exhaustion of remedies argument.  Additionally, Plaintiff's counsel attached the Declaration of Mark Schallert with exhibits, including the newly-discovered evidence, which counsel requested permission from the Court to file.  To allow the Court to fully consider this evidence in ruling on the parties' Motions for Summary Judgment, the Court now rules as follows:

1)   Plaintiff shall file Mark Schallert's Declaration by Thursday, June 4, 2009.

2)   Plaintiff is granted leave to file a supplemental brief by <u>9:00 a.m., June 8, 2009</u>, not exceeding 3 pages in length, addressing the new evidence as it relates to the exhaustion of remedies argument.

3)   Defendant is granted leave to file a response to Plaintiff's supplemental brief by <u>5:00 p.m., June 12, 2009</u>, not exceeding 3 pages in length.

Further, given the time required for these filings and the Court's consideration thereof, the Court hereby VACATES all pretrial and trial dates.  Upon ruling on Defendant's motion for summary judgment (including consideration of Plaintiff's new evidence), the Court shall re-calendar this matter for trial, if necessary.

**IT IS SO ORDERED.**

Dated: June 3, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge