UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SUZANNE Y. MITCHEL,<br><br>　　　　　Plaintiff,<br>　v.<br>ERIC H. HOLDER, JR., Attorney General of the United States Department of Justice, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 08-00205 MEJ<br><br>**ORDER REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE** |

On March 9, 2010, the Court issued an order on the parties' summary judgment motions. (Dkt. #51.) As the case remains pending, the Court finds it appropriate for the parties to participate in a further settlement conference with Magistrate Judge Chen prior to scheduling this matter for trial. Accordingly, this matter is hereby REFERRED to Magistrate Judge Chen to conduct a further settlement conference at his earliest convenience. The parties shall file a joint status report within 14 days of completion of the settlement process.

**IT IS SO ORDERED.**

Dated: March 9, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge