UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SUZANNE Y. MITCHEL,<br><br>               Plaintiff,<br>     v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States Department of Justice, *et al*.,<br><br>               Defendants.<br>_____/ | No. C 08-00205 MEJ<br><br>**ORDER RE STATUS** |

On June 18, 2010, the Court approved the parties' Stipulation and Agreement of Compromise and Settlement. (Dkt. #59.) As the case remains pending, the Court ORDERS the parties to file a dismissal or joint status report by December 15, 2010.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge