MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE YVETTE MITCHEL,<br><br>                  Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States Department of Justice, *et al.*<br><br>                  Defendants. | No. C 08-0205 MEJ<br><br>E-FILING CASE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the agreement to settle this matter as set out in the settlement agreement filed with the Court and put on the record before Magistrate Judge Chen on May 28, 2010, Plaintiff Suzanne Y. Mitchel and Defendant Eric H. Holder, Jr., through their respective undersigned counsel, stipulate to the dismissal with prejudice of this action in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

MARK SCHALLERT, Esq.

MELINDA HAAG
United States Attorney

Dated: June 9, 2010
Dated: December 13, 2010   MARK SCHALLERT, Esq.
Counsel for Plaintiff

ABRAHAM A. SIMMONS
Assistant United States Attorney

[PROPOSED] ORDER

Good cause appearing,

**IT IS SO ORDERED.**

Dated: December 13, 2010

HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE